ARCHER
ATTORNEYS AT LAW

**Kerri E. Chewning**
*Also Member of Pennsylvania Bar*
kchewning@archerlaw.com
856-616-2685 Direct
856-673-7166 Direct Fax
Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

September 18, 2026

**VIA CM/ECF ONLY**
Honorable William J. Martini, U.S.D.J.
Honorable Stacey D. Adams, U.S.M.J.
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Schoeps, et al. v. Sompo Holdings, Inc., et al.,**
**Civ. No. 26-6836 (WJM)**

Dear Judge Martini and Judge Adams:

We represent Plaintiffs in the above-referenced action. Plaintiffs respectfully request that Defendants' responsive pleading deadlines be adjourned and held in abeyance while Plaintiffs complete service of process on several international defendants pursuant to the Hague Service Convention.

By way of background, Plaintiffs claim ownership of the Vincent Van Gogh painting *Sunflowers*. Sompo Japan Insurance Inc. ("Sompo Japan," formerly known as Yasuda Fire and Marine Insurance Company Limited) acquired *Sunflowers* at a public auction held in London in 1987 and continues to possess *Sunflowers* in Japan today. (*See* ECF No. 1, Compl. ¶¶ 8-9, 45). By this action, Plaintiffs seek to recover *Sunflowers* or its alleged fair market value, as well as the extensive unjust enrichment that defendants wrongfully have reaped from commercially exploiting the Painting in New Jersey and throughout the U.S. for many years.

Plaintiffs have already effected service on some of the US-based Sompo defendants. (*See* ECF No. 5-9) and the Bermuda-based defendants. (*See* ECF No. 10-11.) However, Sompo Japan, as well as several other remaining international Sompo entities who are named as defendants (the "International Sompo Defendants"), must be served with process via the Hague Service Convention. To comply with the Hague Service Convention (Convention), Plaintiffs will serve Sompo Japan and the other Japanese defendants with copies of the original filed documents, as well as Japanese translations thereof, namely the Complaint, Exhibits to the Complaint, Summons, and any other documents that the Convention requires. In addition, Plaintiffs will cause such documents to be sent to the Ministry for Foreign Affairs of Japan, which office will refer these documents to the competent court of justice to serve process on the Japanese defendants. A similar process is occurring as to the other International Sompo Defendants. Plaintiffs anticipate that all service will take approximately 4-6 months, but Plaintiffs cannot guarantee a specific time at which service will occur.

The Complaint asserts common allegations and causes of action against the U.S.-based Sompo entities and the International Sompo Defendants. To avoid resolving motions piecemeal and duplicating efforts by the Court and the parties, Plaintiffs respectfully request that all Defendants' responsive pleading deadlines be held in abeyance until after all of the International Sompo Defendants have been served and appear in this action.

If the Court agrees with this approach, Plaintiffs will file a status report on November 1, 2026, and on the first day of each month thereafter, addressing their progress in serving the International Sompo Defendants. A proposed order memorializing this request is submitted herewith.

We have spoken with Daniel Graham, Esq. who represents at least one of the named defendants, Endurance Services Limited, and he consents to this request.

We thank the Court for considering this request and remain available at the Court's convenience to address any questions.

Respectfully yours,

KERRI E. CHEWNING

Enclosure

cc via email:
Daniel T. Graham, Esq.
*dgraham@ClarkHill.com*
Clark Hill
130 E. Randolph Street
Suite 3900
Chicago, Illinois 60601