ARCHER & GREINER,
A Professional Corporation
1025 Laurel Oak Road
Voorhees, New Jersey 08043
Attorneys for Plaintiffs,
Julius Schoeps, Britt-Marie
Enhoerning and Florence von Kesselstatt

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN NEW JERSEY**

| | | |
|---|---|---|
| JULIUS H. SCHOEPS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SOMPO HOLDINGS, INC., *et al.*,<br><br>Defendants. | ) | Civ. No.: 26-6836 (WJM) |

**PLAINTIFFS' STATUS REPORT REGARDING SERVICE OF PROCESS**

Pursuant to the Court's September 23, 2026 Order, Plaintiffs Julius H. Schoeps, Britt-Marie Enhoerning, and Florence von Kesselstatt (together, "Plaintiffs"), by their attorneys, respectfully submit this Status Report updating their efforts to effect service on the Defendants in this action.

1. As set forth in Plaintiffs' September 2026 letter to the Court, Plaintiffs have effected service on US-based Sompo defendants (*See* ECF No. 5-9) and the Bermuda-based defendants. (*See* ECF No. 10-11.) However, the English defendant Sompo Holdings U.K. Ltd. and the three Japanese defendants Sompo Holdings, Inc., Sompo Japan Insurance Inc., and the Sompo Fine Art Foundation are being served according to the *Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,* November 15, 1965,

20 U.S.T. 361, 658 U.N.T.S. 163 (hereinafter, the "Hague Service Convention"). Accordingly, service of these defendants must be effected in accordance with the provisions of, and through the channels established by, the Hague Service Convention.

2. We attach as Exhibit 1 proof of delivery to the Royal Courts of Justice in London, England of the Summons and Complaint (with Exhibits) to comply with the Hague Service Convention regarding English defendant Sompo Holdings U.K. Ltd. *See* Article 5 of the Hague Service Convention. As reflected in the document, the Royal Courts of Justice received these documents for service on September 4, 2026.

3. We attach as Exhibits 2-4 proof of delivery to the Ministry for Foreign Affairs of Japan of copies of the Summonses and Complaints (with Exhibits), along with translations into Japanese of these documents to comply with the Hague Service of Process Convention. *See* Hague Service Convention, Art. 5. Law No. 63 of 1905 (Japan) (as amended), art. 1-(2), ¶ 4. As reflected in Exhibits 2-4, the Ministry for Foreign Affairs of Japan received these documents for service on September 17, 2026. The Ministry for Foreign Affairs will refer these documents to the competent court of justice to serve process on the Japanese defendants. *See* Hague Service Convention, Art. 5(1)(a).

4. Plaintiffs anticipate that service on the remaining English and Japanese defendants will take approximately 4-6 months, but will keep the Court apprised as to any developments.

Dated: November 1, 2026

Respectfully submitted,

ARCHER & GREINER, P.C.

By: *<u>/s/ Kerri E. Chewning</u>*
Kerri E. Chewning
Amy E. Pearl

# EXHIBIT 1

September 04, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 876544278837

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | D.DEBRA | **Delivery Location:** | ROYAL COURTS OF JUSTICE |
| **Service type:** | FedEx International Economy | | |
| **Special Handling:** | Deliver Weekday | | LONDON, LO, WC2A2LL |
| | | **Delivery date:** | Sep 4, 2026 12:43 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 876544278837 | **Ship Date:** | Aug 31, 2026 |
| | | **Weight:** | 6.83 LB/3.1 KG |

**Recipient:**
FOREIGN PROCESS SECTION, SEN. MASTER, ROYAL COURTS OF JUST.
ROOM E16
ROYAL COURTS OF JUSTICE
Strand
LONDON, LO, GB, WC2A2LL

**Shipper:**
AARON LUKKEN, VIKING ADVOCATES, LLC
6525 CHARLOTTE STREET
KANSAS CITY, MO, US, 64131

**Reference** Byrne Goldenberg Sompo ENG



Thank you for choosing FedEx

# EXHIBIT 2

FedEx

September 24, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 877362328099

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | X.SASAKI | **Delivery Location:** | 2-2-1 KASUMIGASEKI CHIYOD |
| **Service type:** | FedEx International Economy | | |
| **Special Handling:** | Deliver Weekday | | TOKYO, 1008919 |
| | | **Delivery date:** | Sep 24, 2026 15:28 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 877362328099 | **Ship Date:** | Sep 17, 2026 |
| | | **Weight:** | |

**Recipient:**
CONSULAR POLICY DIVISION, MINISTRY OF FOREIGN AFFAIRS
2-2-1 KASUMIGASEKI CHIYODA-KU
TOKYO, JP, 1008919

**Shipper:**
AARON LUKKEN, VIKING ADVOCATES LLC
6525 CHARLOTTE STREET
KANSAS CITY, MO, US, 64131

**Reference** Byrne JPNx3



Thank you for choosing FedEx

# EXHIBIT 3

September 24, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 877362328088

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | X.SASAKI | **Delivery Location:** | 2-2-1 KASUMIGASEKI CHIYOD |
| **Service type:** | FedEx International Economy | | |
| **Special Handling:** | Deliver Weekday | | TOKYO, 1008919 |
| | | **Delivery date:** | Sep 24, 2026 15:28 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 877362328088 | **Ship Date:** | Sep 17, 2026 |
| | | **Weight:** | 12.5 LB/5.68 KG |

**Recipient:**
CONSULAR POLICY DIVISION, MINISTRY OF FOREIGN AFFAIRS
2-2-1 KASUMIGASEKI CHIYODA-KU
TOKYO, JP, 1008919

**Shipper:**
AARON LUKKEN, VIKING ADVOCATES LLC
6525 CHARLOTTE STREET
KANSAS CITY, MO, US, 64131

**Reference** Byrne JPNx3



Thank you for choosing FedEx

# EXHIBIT 4

FedEx

September 24, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 877362328103

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | X.SASAKI | **Delivery Location:** | 2-2-1 KASUMIGASEKI CHIYOD |
| **Service type:** | FedEx International Economy | | |
| **Special Handling:** | Deliver Weekday | | TOKYO, 1008919 |
| | | **Delivery date:** | Sep 24, 2026 15:28 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 877362328103 | **Ship Date:** | Sep 17, 2026 |
| | | **Weight:** | |

**Recipient:**
CONSULAR POLICY DIVISION, MINISTRY OF FOREIGN AFFAIRS
2-2-1 KASUMIGASEKI CHIYODA-KU
TOKYO, JP, 1008919

**Shipper:**
AARON LUKKEN, VIKING ADVOCATES LLC
6525 CHARLOTTE STREET
KANSAS CITY, MO, US, 64131

**Reference** Byrne JPNx3



Thank you for choosing FedEx